SUN TOOL AND GAUGE CORP., Appellant, v. WOLF X-RAY PRODUCTS, INC., et al., Defendants, and JACOB RACHSTEIN, Respondent.— Order unanimously reversed, with $20 costs and disbursements, and the motion granted, with

leave to the defendant-respondent to serve an amended answer in conformity with the provisions of section 241 of the Civil Practice Act within ten days after service of the order to be entered herein, on payment of said costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.